UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 14-08263-DSF-JEM | Date | 06/02/16 |
| Title | In re Blue Earth, Inc. Securities Class Action Litigation | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order Re Motion to Dismiss Second Amended Class Action Complaint (Docket No. 54)

The Court has been advised that prosecution of this action against Blue Earth, Inc. has been stayed by the filing of a bankruptcy petition as to that entity. See 11 U.S.C. § 362. (Dkt. # 62.)

The parties other than Blue Earth, Inc. are directed to file a brief no greater than ten pages long discussing whether the Court has authority to consider the Motion to Dismiss the Second Amended Class Action Complaint and rule on the Motion as to the individual defendants. See Dean v. Trans World Airlines, Inc., 72 F.3d 754, 756 (9th Cir. 1995) ("[W]e hold that post-filing dismissal in favor of the bankrupt of an action that falls within the purview of the automatic stay violates the stay where the decision to dismiss first requires the court to consider other issues presented by or related to the underlying case."); Indep. Union of Flight Attendants v. Pan Am. World Airways, Inc., 966 F.2d 457, 458-59 (9th Cir. 1992) ("[T]he Eighth Circuit has held that § 362(a) does not preclude another court from dismissing a case on its docket or . . . affect the handling of a case in a manner not inconsistent with the purposes of the automatic stay.") (internal quotation marks and citations omitted).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

   The briefs shall be filed no later than June 20.  The hearing on the Motion to Dismiss is continued to July 11, 2016 at 1:30 p.m.

   IT IS SO ORDERED.