COOLEY LLP
TOWER C. SNOW, JR. (58342)
(tsnow@cooley.com)
AMY M. SMITH (287813)
(amsmith@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

JESSICA VALENZUELA SANTAMARIA (220934)
(jsantamaria@cooley.com)
ADAM C. TRIGG (261498)
(atrigg@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
JOHNNY THOMAS, JOHN FRANCIS and
BRETT WOODARD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Blue Earth, Inc. Securities Litigation | Case No. 2:14-cv-08263-DSF (JEMx)<br><br>**INDIVIDUAL DEFENDANTS' NOTICE OF LODGING [PROPOSED] JUDGMENT**<br><br>Judge: Hon. Dale S. Fischer<br>Courtroom: 840 (Roybal)<br>Trial Date: Not Yet Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT:

Pursuant to the Court's July 25, 2016 Order Granting Motion to Dismiss Second Amended Class Action Complaint as to the Individual Defendants with prejudice (Dkt. No. 77), defendants Johnny Thomas, John Francis, and Brett Woodard ("Individual Defendants") hereby lodge the attached proposed judgment.

Dated: August 16, 2016

Respectfully submitted,

COOLEY LLP
TOWER C. SNOW, JR. (58342)
JESSICA VALENZUELA SANTAMARIA (220934)
ADAM C. TRIGG (261498)
AMY M. SMITH (287813)

/s/ *Tower C. Snow, Jr.*
Tower C. Snow, Jr. (58342)

Attorneys for Defendants
JOHNNY THOMAS, JOHN FRANCIS and BRETT WOODARD