JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Blue Earth, Inc. Securities Litigation | CV 14-8263-DSF (JEMx) <br> **JUDGMENT** |

The Court having granted the Motion to Dismiss of Defendants Johnny Thomas, John Francis, and Brett Woodard with prejudice, and the Plan of Reorganization of Blue Earth, Inc., having become effective and having extinguished the Section 362 Stay and discharged all of Plaintiffs' claims against Blue Earth, Inc. as of August 1, 2016,

**IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

    1.    Judgment is entered in favor of defendants Johnny Thomas, John Francis, and Brett Woodard, and Blue Earth, Inc.;

    2.    Plaintiffs shall take nothing by way of their complaint;

    3.    Defendants shall be entitled to recover their costs to the extent permitted by Federal Rule of Civil Procedure 54 and 28 U.S.C. § 1920;

4. Each side shall bear their respective attorneys' fees; and

5. The Court retains jurisdiction to enforce this judgment and its previous orders.

Dated: 8/30/16

*Dale S. Fischer*

Dale S. Fischer
United States District Judge

2.